UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  2:24-cv-04827-JLS-PVC                                    Date: May 01, 2025
Title:  Elizabeth Perez et al v. Rose Hills Company et al

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Kelly Davis | N/A |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendant: |
| Not Present | Not Present |

**PROCEEDINGS:   (IN CHAMBERS)  ORDER TO SHOW CAUSE RE FAILURE TO COMPLY WITH THE COURT'S PROCEDURES REGARDING JOINT RULE 26(f) REPORTS AND PRIOR ODER (Doc. 26)**

   On April 8, 2025, the Court issued an Order administratively reopening this case and requiring the parties to file a Joint Rule 26(f) Report no later than April 25, 2025. (Doc. 26.)  Pursuant to the Court's procedures, a Joint Rule 26(f) must contain a proposed schedule of pretrial and trial dates; the Court's presumptive dates are set forth in Exhibit A to the Court's Order Setting Scheduling Conference.  (*See* Doc. 15.)  The parties have been advised that "***[a] Joint Rule 26(f) Report that is filed without a fully completed Exhibit A will be rejected by the Court and may subject the parties to sanctions***."  (*Id.* at 2 (emphasis in original).)

   The purported "Joint Rule 26(f) Report" (Doc. 27) filed by Plaintiff on April 25, 2025 does not include a proposed schedule of pretrial and trial dates, much less a completed Exhibit A.  This deficiency appears to be the result of Plaintiff's "position"—namely, that "the Court must address the jurisdictional issues before any other proceeding can occur."  (*Id.* at 2.)  Accordingly, Plaintiff is ORDERED to show cause, in writing, no later than **May 8, 2025**, as to why it failed to comply with the Court's procedures and prior Order (Doc. 26) in filing the Joint Rule 26(f) report.  The Court will consider a

| **CIVIL MINUTES – GENERAL** | **1** |
|---|---|

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  2:24-cv-04827-JLS-PVC                              Date: May 01, 2025
Title:  Elizabeth Perez et al v. Rose Hills Company et al

timely filed amended Joint Rule 26(f) Report, with a completed Exhibit A, to be an adequate response to this Order.  Failure to timely and adequately respond to this Order will result in the imposition of monetary sanctions.

Initials of Deputy Clerk: kd